IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:05-cr-00222 OWW |
| Plaintiff, | ) | |
| | ) | ORDER ON GOVERNMENT'S |
| v. | ) | MOTION TO DISMISS |
| | ) | (Fed. R. Crim. P. 48 (a)) |
| JULIA GARCIA, | ) | |
| Defendant. | ) | |
| | ) | |

O R D E R

IT IS HEREBY ORDERED that the indictment in the above-entitled case be dismissed without prejudice and that any warrant is recalled.

Dated: July  27  , 2005         /s/ Anthony W. Ishii for
                                Honorable Oliver W. Wanger
                                U.S. District Judge

1